NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000329
05-JUL-2019
10:59 AM**

NO. CAAP-19-0000329

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

KENNETH M. SKAHAN, Claimant-Appellant/Appellant, v.
STUTTS CONSTRUCTION COMPANY, INC., Employer-Appellee,
and FIRST INSURANCE COMPANY OF HAWAII, LTD.,
Insurance Carrier-Appellee/Appellee

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2015-372(M) (7-14-45072))

ORDER DENYING JUNE 29, 2019 HRAP RULE 40 MOTION FOR
RECONSIDERATION OF JUNE 28, 2019 ORDER DISMISSING APPEAL
(By: Reifurth, Presiding Judge, Chan and Hiraoka, JJ.)

Upon review of (1) the June 28, 2019 order dismissing appeal, (2) Claimant/Appellant/Appellant Kenneth M. Skahan's (Skahan) June 29, 2019 motion for reconsideration of the June 28, 2019 order pursuant to Rule 40 of the Hawaiʻi Rules of Appellate Procedure (HRAP), and (3) the record, it appears that we did not overlook or misapprehend any points of law or fact when we dismissed this appeal for lack of appellate jurisdiction.

Therefore, IT IS HEREBY ORDERED that Skahan's June 29, 2019 HRAP Rule 40 motion for reconsideration of the June 28, 2019 order dismissing appeal is denied.

DATED:  Honolulu, Hawaiʻi, July 5, 2019.

Presiding Judge

Associate Judge

Associate Judge